IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KEVIN SMITH, )
 )
    Plaintiff, )
v. ) C.A. No. 06-139 Erie
 )
UNITED STATES OF AMERICA, et al, )
 )
    Defendants. )

## ORDER

AND NOW, this 12th day of March, 2009, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the Magistrate Judge's report and recommendation dated February 18, 2009, is accepted and adopted as the Opinion of the Court and that Plaintiff's "Motion for Injunctive Relief, Reconsideration of Plaintiff's Motion for Enlargement of Time to Conduct Discovery" [Doc. #72] is DENIED.

                                                        */s/ Maurice B. Cohill, Jr.*
                                                       MAURICE B. COHILL, JR.
                                                       United States District Judge

cc:    Susan Paradise Baxter
       U.S. Magistrate Judge

       all parties of record \_\_\_\_\_